E-FILED
Thursday, 05 January, 2023  04:37:28 PM
Clerk, U.S. District Court, ILCD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
SEP 0 8 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH THE DISCORD INC.  )
ACCOUNTS: DBC53#8313 and Venus#7005  )
THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC.  )

Case No. 22-MJ- 7127

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference.

located in the _____ District of ____Unknown____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2241(c) | Aggravated Sexual Abuse (Involving a Minor under Age 12) |
| 18 U.S.C. § 1201(e) | Kidnapping |

The application is based on these facts:
See affidavit of FBI Special Agent John Gerrity, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/John Gerrity
_____
Applicant's signature

FBI Special Agent John Gerrity
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone and electronic mail   *(specify reliable electronic means)*

Date: 9/8/2022

s/Eric I. Long
_____
Judge's signature

Eric I. Long, United States Magistrate Judge
_____
Printed name and title

City and state: Urbana, Illinois

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE DISCORD INC. ACCOUNTS: **DBC53#8313** and **Venus#7005** THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC. | Case No. 22-MJ-_____ <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Special Agent John Gerrity, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with **DBC53#8313** and **Venus#7005** that are stored at premises owned, maintained, controlled, or operated by Discord, Inc. ("Discord"), an electronic communications service and/or remote computing service provider headquartered at 444 De Haro, Suite 200, San Francisco, California 94107. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B,

government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since January 2016. I am currently assigned to a squad in the Champaign Resident Agency of the Springfield Division that investigates a wide variety of federal crimes, including violent crimes against children. I am personally involved in an investigation with other federal, state, and local law enforcement agencies into alleged criminal activities perpetrated by a subject utilizing the Discord account **DBC53#8313** also identified as ID#661424337584907294 and a victim utilizing the account **Venus#7005** ID#9039763069042944 **(collectively "the Accounts")**. The information contained in this Affidavit is based upon a review of public and private records, and other investigative activities conducted by law enforcement personnel assigned to this case.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1201(a) and 18 U.S.C. § 2241(c) have been committed by DYLAN B. CLARK ("CLARK"), the owner of the account **DBC53#8313**. There is also probable cause that an 11-year-old female, hereinafter "Minor Victim" or "MV", utilized the account **Venus#7005** to communicate

with CLARK on Discord. There is also probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

## JURISDICTION

5.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.  On August 27, 2022, Vermilion County Sheriff's Department ("VCSD") Deputies were dispatched to a residence in Georgetown, IL regarding a possible child abduction.

7.  Upon arrival, a VCSD Deputy spoke with the father of an 11-year-old girl, hereinafter referred to as "Minor Victim" or "MV."[1] MV told her father that she was going to a friend's house earlier in the day on August 27, 2022. When MV's father, hereinafter referred to as "VF", contacted the friend MV had claimed she was visiting, he learned that MV had never gone to the friend's house, nor did the friend know where MV was.

8.  VCSD sent an emergency request to Snapchat to learn the e-mail address that MV was using for Snapchat and other social media accounts. Snapchat provided that email address pursuant to the request.

---

[1] Law enforcement is aware of MV's identity, as well as the identity of her father, but neither are detailed in this affidavit to protect the identity and confidentiality of the minor victim. 18 U.S.C. 3509(d).

9.   A short time later, VF advised VCSD deputies that he was able to gain access to MV's Snapchat, Gmail account, and Discord[2] accounts. On MV's Discord account, a chat with the user "DBC53#8313" was located.

    a. Chats between MV and DBC53#8313 (referenced hereinafter as "DBC") from August 27, 2022 are detailed below in part:

**DBC**: [sends a photo of himself]

MV: [sends two photos of herself]

**DBC**: I get food too

MV: I think I might like u I have a question Do u maybe wanna like date or like talk more??

**DBC**: [sends a Google Maps location of a Franklin Township, IN park and two images of the inside of a Ford Mustang vehicle and an exterior image of a grey Ford Mustang.]

MV: [sends a Google Maps location of the Georgetown, IL City Park located on Perrysville Ave. in Georgetown, IL][3]

MV: Are u gonna be able to come BC if so I need to grab some of my stuff

---

[2] Discord is an online messaging platform where millions of users from around the world connect with each other through chat, voice, and video. Discord is available on both a desktop (PC, Mac, Linux) application and a mobile (iOS, Android) application, and the service can also be accessed from www.discordapp.com.

[3] Video surveillance footage from Georgetown Park shows CLARK arriving in a grey Ford Mustang and MV1 getting in the vehicle with him.

4

      **DBC**: [initiates a voice call which lasts approximately one hour]

      **MV**: What time will u arrive

      **DBC**: It says like 2:06

      **MV**: Ok Are u almost hereeee <333

      **DBC**: 53 minutes

      **MV**: Okii I'm so nervous

      **DBC**: Same

      **MV**: OK well IMA start walking So I'll be there before you

      **DBC**: Oki

      **MV**: You won't be able to tell me your there but I will just look for your car.

    10.    VCSD and VF were able to manipulate MV's Discord account to locate a Spotify account associated with the Discord user DBC53#8313, which had a listed display name as "DYLAN CLARK."

    11.    VCSD contacted the Johnson County Indiana Sheriff's Department ("JCSD") with the information obtained in the investigation, and law enforcement were able to identify the residence of CLARK from Franklin, IN based upon photos sent to MV's Discord account by user DBC53#8313, including the photo of a grey Ford Mustang.

    12.    When JCSD made contact at CLARK's residence in Franklin, IN in the early morning hours of August 28, 2022, CLARK was located inside the residence along with MV.

13. Subsequent to MV being located in CLARK's residence in Indiana, VCSD deputies swore out an arrest warrant for the state charge of kidnapping pursuant to 720 ILCS 5/10-1. JCSD was notified of the warrant, and CLARK was taken into custody in Johnson County, IN, on August 28, 2022.

14. While JCSD deputies were with CLARK and CLARK's parents, after making contact based upon the information relayed by VCSD, CLARK told his parents in the presence of JCSD deputies that he had picked up a girl from a park who he had met online and that he should have never gone to do it. This interaction is believed to have been recorded on a JCSD deputy's body worn camera.

15. On August 29, 2022, MV was interviewed at the Public Safety Building in Danville, IL by a VCSD deputy who has training as a forensic interviewer. MV disclosed that she met CLARK through an XBOX game and would communicate with him vocally through a headset while playing the game. MV could not recall exactly when she began communicating with CLARK. MV advised that, after CLARK picked up MV in a dark colored Ford Mustang on August 27, 2022, and took her back to his residence in Indiana, CLARK told his parents that he and MV met in college. MV disclosed that she had had sexual intercourse twice with CLARK at his residence in Indiana on August 27-28, 2022, prior to law enforcement arriving at the residence.

### Background Concerning Discord

16. Discord is a voice, video, and text chat app that's used by millions of people ages 13 and older to talk and hang out with their communities and friends. The vast

majority of servers are private, invite-only spaces for groups of friends and communities to stay in touch and spend time together. There are also larger, more open communities, generally centered around specific topics. All conversations are opt-in, so people have total control over whom they interact with and what their experience on Discord is.

17. In order to use the services, users need to create an account by selecting a username. Once they've made their account, users can create a server and invite their friends to join it with an invite link, or they can join an existing server. Servers are broken down into sub-categories or "channels" where users can connect with each other by either chatting or calling. Users can also communicate through direct messages, which are private chats created between 1-10 users.

18. Discord stores messages and attachments that users send to each other in text channels, whether it's in a server or in direct messages. These messages and attachments are obtainable through a search warrant. However, Discord does not store the content of voice and video calls. Additionally, if users delete content, that content is immediately deleted from Discord's servers and is not retained or retrievable.

### Characteristics Common to Individuals Who Distribute, Receive, Possess, Produce Child Pornography, and Sexually Exploit Children

19. Based on my previous investigative experience related to child exploitation investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know there are certain characteristics common to individuals who distribute, receive, possess, produce child pornography, and sexually exploit children:

a. Such individuals may receive sexual gratification, stimulation, and satisfaction from contact with children, or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media, or from literature describing such activity.

b. Such individuals may collect sexually explicit or suggestive materials in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c. Likewise, such individuals often maintain their child pornography images in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area. These child pornography images are often maintained for several years and are kept close by, usually at the possessor's residence, inside the possessor's vehicle, or, at times, on their person, to enable the individual to view the child pornography images, which are valued highly. Some of these individuals also have been found to download, view, and then delete child pornography on their computers or digital devices on a cyclical and repetitive basis.

    d. Importantly, evidence of such activity, including deleted child pornography, often can be located on these individuals' computers and digital devices through the use of forensic tools. Indeed, the very nature of electronic storage means that evidence of the crime is often still discoverable for extended periods of time even after the individual "deleted" it.[4]

    e. Such individuals also may correspond with and/or meet others to share information and materials, rarely destroy correspondence from other child pornography distributors/possessors, conceal such correspondence as they do their sexually explicit material, and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. Such individuals prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world. Thus, even if CLARK deleted sexually explicit images provided to him by MV, as described above, CLARK may have stored or distributed the images elsewhere within CLARK's Discord account or with other Discord users.

---

[4] *See United States v. Carroll*, 750 F.3d 700, 706 (7th Cir. 2014) (concluding that 5-year delay was not too long because "staleness inquiry must be grounded in an understanding of both the behavior of child pornography collectors and of modern technology"); see also *United States v. Seiver*, 692 F.3d 774 (7th Cir. 2012) (Posner, J.) (collecting cases, e.g., *United States v. Allen*, 625 F.3d 830, 843 (5th Cir. 2010); *United States v. Richardson*, 607 F.3d 357, 370–71 (4th Cir. 2010); *United States v. Lewis*, 605 F.3d 395, 402 (6th Cir. 2010).)

20. Based on the following, I believe that CLARK, as described herein, likely displays characteristics common to individuals who utilizes online messaging applications to contact and sexually exploit minors. As detailed above, CLARK utilized Discord to arrange a meeting to have sexual intercourse with an 11-year-old girl, MV. Therefore, I believe evidence of these communications, including evidence that demonstrates his intent to engage in sexual conduct with MV and also his knowledge of her young age, will be located on his Discord account. Additionally, based on my training and experience, I am aware that persons engaged in this form of abuse of minors will often communicate with multiple victims, either simultaneously or in succession. As such, I believe that CLARK may have utilized Discord to talk with other minors unknown to investigators at this time and that evidence that will aid in identifying potential other victims would also be located on CLARK's Discord account.

21. Similarly, I believe evidence of communications between MV and CLARK will also be located on the Discord account utilized by MV, with user name **Venus#7005**. Based on my training and experience, I am aware that minor victims will frequently retain messages from their abusers, particularly when the victim believes him/herself to be in a relationship with that abuser.

## CONCLUSION

22. Based on the forgoing, I request that the Court issue the proposed search warrant authorizing a search of Dylan B. CLARK's Discord account, with user name **DBC53#8313**, and MV's Discord account, with user name **Venus#7005**.

Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Discord. Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

23. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

**s/John Gerrity**

John Gerrity
Special Agent
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on 9/8, 2022.

**s/Eric I. Long**

Eric I. Long
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT B
### Particular Things to be Seized

I. **Information to be disclosed by Discord, Inc. ("Discord")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on August 27, 2022 Discord is required to disclose to the government for each account or identifier listed in Attachment A the following information from May 1, 2022 to present, unless otherwise indicated:

    a. All business records and subscriber information, in any form kept, pertaining to the Accounts, including:

        1. Names (including subscriber names, user names, and screen names);

        2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

        3. Telephone numbers, including SMS recovery and alternate sign-in numbers;

        4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

        5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, and alternate sign-in numbers

6. Length of service (including start date and creation IP) and types of service utilized; and

7. Means and source of payment (including any credit card or bank account number).

b. All device information associated with the Accounts, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Accounts, including, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, and all activity logs

d. Messaging - The contents of all text, audio, and video messages associated with the account, in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs.

e. Photos - The contents of all media associated with the account, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the account, including drafts and deleted records; accounts with access to or which previously accessed each record; any location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses.

f. Location History - All Location History and Web & App Activity indicating the location at which the account was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history.

Discord is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II.     **Information to be seized by the government**

All information described above in Section I that constitutes: fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. § 2423(a) and 18 U.S.C. § 2241(c) those violations involving the Accounts for Discord user DBC53#8313 and Venus#7005 and occurring after May 1, 2022, including information pertaining to the following matters:

   a.  Enticement of minors and the sharing of child pornography;

   b.  Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

   c.  Evidence indicating the Accounts owners' state of mind as it relates to the crime under investigation;

   d.  The identity of the person(s) who created or used the Accounts, including records that help reveal the whereabouts of such person(s).

   e.  The identity of the person(s) who communicated with the Accounts about matters relating to the enticement of minors and sharing of child pornography, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents,

attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Discord, Inc. ("Discord"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Discord. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Discord, and they were made by Discord as a regular practice; and

    b.    such records were generated by Discord's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Discord in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Discord, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                              Signature